# United States District Court
## Southern District of Georgia

ASHIMA PROFITT,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-15

COMMISSIONER; MR. TILMAN; SGT. WILLIAMS; SGT. BENNET; SGT. MONADO; COM. BRAD; and SGT. PARET,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 4, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is DISMISSED without prejudice for failure to follow this Court's Order and failure to prosecute. Plaintiff is DENIED leave to appeal in forma pauperis. This action stands closed.

Approved by: *[signature]*

December 11, 2019
Date

Scott L. Poff
Clerk

*[signature]*
(By) Deputy Clerk